UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY JENRETTE, <br>     Petitioner, <br><br> v. <br><br> SUPERINTEDNENT SCI GRATERFORD, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSLYVANIA, <br>     Respondents. | No. 17-cv-04799 |

# O R D E R

**AND NOW**, this 31st day of October, 2019, after de novo review of Petitioner Randy Jenrette's petition for writ of habeas corpus, ECF No. 1; the Report and Recommendation ("R&R") of Magistrate Judge Thomas J. Reuter, ECF No. 9; the objections to the R&R, ECF Nos. 14, 16, and for the reasons set forth in the Opinion dated October 30, 2019, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 9, is **APPROVED and ADOPTED**;
2. The objections, ECF No. 14 and ECF No. 16, to the Report and Recommendation are **OVERRULED**;
3. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**;
4. There is no basis for the issuance of a certificate of appealability; and
5. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

1
103119